UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2024 AUG 19  AM 9: 37

Joshua Jonathan Joseph
Gumora
_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Correctional officer - Traqueno Shield # 5225
Correctional Officer - Covington, Et al.
Captain Jean Baptiste - Deputy Warden Harris
Warden Chester - C.H.S. Intake Clinician Jane Doe EMTC
Warden John Doe EMTC, Unit 4 upper C.O. John Doe 2 EMTC
Warden John Doe 3 OBCC, movement and Control Capt Blow OBCC
Capt. Gustave OBCC, Capt. Hilton, OBCC, Capt. Acosta OBCC, Capt. Susanka OBCC
Capt. Ceaser OBCC, Capt. Bolanos OBCC, C.O. Daniels OBCC, C.O. Melville RNDC

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

Inmate John Doe 4 - OBCC 7 Lower
Inmates John Doe 5 and
John Doe 6 - OBCC 3 South
Deputy Warden Black - RNDC
Fire Safety Unit Officer McMillion
RNDC

OBCC Housing Unit 7 Lower "A" Control Room C.O.
John Doe 7
OBCC Housing Unit 7 Lower "B" Floor officer
C.O. Jane Doe 2
Correctional Health Services Supervising Physician John Does 8

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Commissioner NYCDOCS   John Doe # 9
Dep Warden Manning OBCC

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other:  _Physical injury/Assault, Sexual Assault_

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Joshua_                    _J J_                    _Gumora_
First Name                  Middle Initial           Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_Rikers Island Booking # 3492401784_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_R.N.D.C. C-74 Rikers Island_
Current Place of Detention

_11-11 Hazen St East Elmhurst NY 11370_
Institutional Address

County, City                     State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Corrections Officer    Covington    ?

First Name                    Last Name                    Shield #

Security & Movement Supervisor RNDC Rikers

Current Job Title (or other identifying information)

11-11 Hazen st

Current Work Address

E. Elmhust          NY          11370

County, City          State          Zip Code

Defendant 2:    C.O.    Jean-Baptiste    ?

First Name                    Last Name                    Shield #

Intake Captain RNDC Rikers

Current Job Title (or other identifying information)

11-11 Hazen st

Current Work Address

E. Elmhust NY          11370

County, City          State          Zip Code

Defendant 3:    Deputy Warden    Harris    ?

First Name                    Last Name                    Shield #

Deputy Warden RNDC Rikers

Current Job Title (or other identifying information)

11-11 Hazen st

Current Work Address

E. Elmhust          NY          11370

County, City          State          Zip Code

Defendant 4:    Warden    Chester    ?

First Name                    Last Name                    Shield #

Warden RNDC Rikers

Current Job Title (or other identifying information)

11-11 Hazen st

Current Work Address

East Elmhust          NY          11370

County, City          State          Zip Code

IV. Defendant Information continued..

Defendant 5.  Correctional Health Services (CHS) Intake Clinician
unknown name Jane Doe 1   Mental Health
18-18 Hazen st  EMTC c-76  E. Elmhust NY 11370

Defendant 6.  Warden EMTC   John Doe 1
18-18 Hazen st  E.Elmhust, NY 11370

Defendant 7.  EMTC Unit 4 upper C.O.   John Doe 2
18-18 Hazen st   E. Elmhust, NY 11370

Defendant 8.  OBCC Warden   John Doe 3
16-00 Hazen st   E. Elmhust NY 11370

Defendant 9.  Movement Captain Blow   OBCE
16-00 Hazen st   E. Elmhust NY 11340

Defendant 10.  OBCE 7 Lower Unit Captain Gustave
16-00 Hazen st   E. Elmhust  NY 11370

Defendant 11.  OBCC 7 Lower unit captain Hilton
16-00 Hazen st   E. Elmhust NY 11370

Defendant 12.  OBCC 7 Lower unit Captain Acosta
16-00 Hazen st  E. Elmhust Ny 11370

Defendant 13.  OBCE 3 south unit Captain Susanka
16-00 Hazen st  E. Elmhust NY 11370

Defendant 14.  OBCE Intake Captain Ceaser
16-00 Hazen st  E. Elmhust NY 11370

IV. Defendant Information Continued 2..

Defendant 15. OBCC clinic Captain Bolanos
16-00 Hazen st E. Elmhurst NY 11370

Defendant 16. OBCC Intake C.O. Daniels
16-00 Hazen st E. Elmhurst NY 11370

Defendant 17. R.NDC Mod4Lower Unit Officer Melville
11-11 Hazen st E. Elmhurst NY 11370

Defendant 18. OBCC Inmate Attacker unit 7Lower John Doe 4
16-00 Hazen st E. Elmhurst NY 11370

Defendant 19. OBCC Inmate Attacker Unit 3 south John Doe 5
16-00 Hazen st E. Elmhurst NY 11370

Defendant 20. OBCC Inmate Attacker #2 Unit 3 south John Doe 6
16-00 Hazen st Elmhurst NY 11370

Defendant 21. RNDC Deputy Warden Black
11-11 Hazen st E. Elmhurst NY 11370

Defendant 22. RNDC Fire safety Unit C.O. McMillon
11-11 Hazen st E. Elmhurst NY 11370

Defendant 23. OBCC Unit 7Lower, Control C.O. John Doe 6
16-00 Hazen st E. Elmhurst NY 11370

Defendant 24. OBCC Unit 7Lower, Floor C.O. Jane Doe 2
16-00 Hazen st E. Elmhurst NY 11370

Defendant 25. correctional Health Services Supervising Physician
Rikers Island

IV. Defendant Information 3 continued.

Defendant 26. Keefee Commissary Network, CeO John Doe 8
Rikers Island Food Supplier
P.O. Box 17490, St Louis, MO 63178

Defendant 27. C.O. Traguero #5229 OBCC Intake
1600 Hazen Elmhurst NY 11370

Defendant 28. NYCDOCS Commissions — Boss
Rikers Island

Defendant 29. Dep Warden Manning OBCC
1600 Hazen St
Elmhurst NY 11370

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: May 7th - Present

Date(s) of occurrence: Rikess Island - ① OBCC, RNDC, EMTC

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

① Upon admission to EMTC I was interviewed by CHS mental Health clinician Jane Doe. She sent me to a mental Health unit despite me failing to answer any questions in a manner which denotes such placement. May 8 2024.

② May 12, 2024 9-11 am EMTC 4 upper. Assaulted and robbed while John Doe #2 stood idle. He then eventually utilizes O.C. on the inmate who robbed me but falsely points me out to responding probe team. He writes no misbehavior report, I am injured by the O.C., and the subsequent uncalled for isolation. I recieve no medical treatment and am placed back with my attacker. I call 311 and Prisoners rights project Attachment (A).

③ As a Jewish inmate I recieve kosher meals, I realize however the milk given to inmates is not kosher (Blue Container) but the ones available to offices (Pink container) are kosher. Also the grape juice served on friday for shabbat is taken out of the bottles and placed into 4oz paper cups by non rabbinical workers working under the supervision of Warden EMTC John Doe #1. Also the Commissary menu in all units of EMTC, OBCC, RNDC have purposly removed sections denoting Kosher or Halal. Keefe Commissary Network also does not provide this information on their tablets or phone ordering systems. I grieved and 311 complaned. The milk vendors were eventually changed for the entire NYCDOCS to a brand which only sends Kosher milk. The Commanding Officer of RNDC replied to my grievance about the Commisary menu. The grievance staff on 8/7/24 at 9am in unit mod 4 lower brought me the response which said they acknowledge the mistake and will change all menus to reflect religious choices.

V. Statement of Claim 2

But I was not given a copy. The grape juice is still as of this writing being tampered with. I site 1st Amendment violatrons. Food service supervisor Mr. Kazi and NYCDOCS commissioner to blame.

④ PRP and my attorney put in safety moves after the may 22 attack. However I am moved under the supervision of John Doe #1 not to a protective unit but to OBCC, another mental health unit and this was after mental health supervisor Ms. Rivera at EMTC cleared me from that designation. Movement supervisor Capt. Blow accepts me at OBCC then realizes the misplacement moves me several days later to West facility. I site 8th Amendment violatrons. Capt Blow and NYCDOC is personally responsible and John Doe #1

⑤ I am told at West facility that I am being moved to P.C. and end up at RNDC Mod 4 lower Dorm. I encounter many lapses of security including open sex, assaults, drug use ect. I make many 311 reports as I believe a dorm style unit cannot be considered P.C.   8th Amendment violatrons.

⑥ On aprox may 28 the unit is searched by the security team of which C.O. Covington is a part of. me and several others witness him and the team stealing food from another inmate named Levine, bed 11. He is Jewish and I take offense so on may 30 in the even side hallway on my way to dental I see C.O. Covington and ask him to return the food or I will have to call 311 and report this. He responds "fuck you pussy I'm going to come down there and take all of your commissarys now, put your hands on the wall or I'll fuck you up." I comply out of fear of harm. He begins to cuff me cutting off my blood supply and attempting to break my wrist. He takes me to the body scan/strip search area and demands that I ~~change both~~ strip naked. He orders me to squat 3 times. When I ask why he says "your my bitch". He then brings me to intake

and tells them to keep me there all day. I am there for over 8 hours without food or water. I am brought back to unit modyc/cover and am told c.o. Covington has moved me. All my items are packed and I'm taken back to intake. I cite 4th, 8th and 14th Amendment violations and was severly hurt by the assault and battery. swollen wrists, lacerations to wrists skin abrations. mental and psychological trauma. I was eventually seen by D.O.I. and I.D. but was never afforded medical attention.

① While in intake I am told that I have to sign out of P.C. or I will sleep in intake, under duress I sign out. At the time I was considered heat sensitive because of the medication hydrochlorothiazide I was prescribed. This requires air conditioning units. Intake Captain Jean Baptiste tells me I am being moved to Guppernorth a non-A.C. unit. I refuse, he calls Deputy Warden Harris who says I have to go there, but tells me it is A.C., I refuse she brings a medical staff member who tells me its a A.C. unit, I refuse. Jean Baptiste returns wearing a helmet and body armor with officers wearing the same with shields. They attack me and cuff me hand and foot and drag me to Guppernorth while recording with a camera, I tell the camera the prior and current abuses. They take me and lock me into a cell and leave. The unit is not A.C. and the cells are hot. I am badly injured my wrists are further injured my shoulder is hurt my ankles are also bruised. I also am psychologically and emotionally harmed further and still suffer from severe mistrust of authority, anxiety, depression, PTSD, and more. I also site 4th, 8th and 14th amendment violations.

⑧ While in the unit, the next day inmates come to my door with razor blades out saying "You're on the hit list, we're bout to cut you" a female officer jumps in front of them saying "I dont care what Covington told you, you do this after my shift is over" and closes my cell. No security is called, no misbehavior reports are written.

The cell is opened later and I cell 311. I ask for help when DOC comes a day later to investigate the C.O. Covington issue. I tell them I'm in danger and it seems to be retaliation initiated by C.O. Covington and I need to see medical. I call 311 tell them of antisemitic retaliation. I site 14th, 8th and 1st amendment violations. By C.O. Covington and John Doe #1

⑨ Several days later I am packed up to be transfered. I'm brought to intake and encounter C.O. Covington who threatens more retaliation at OBCC saying "I just came from OBCC with warden Chester, they gonna have fun with you there". I site 8th, 14th and 1st amendment violations on the basis of antisemitism.

⑩ When I arrive at OBCC I am placed in unit 7 upper lower I am approached no less than 7 times by staff asking if, due to my assault and retaliation report on C.O. Covington if I wanted P.C., each time I say yes, writting extensive and detailed statement forms and giving them to Captains Acosta, Gustave, Hilton and Sushnka, as well as other civillian staff investigators Moscoso and Collado, explicitly saying I fear for my safety due to antisemetic retaliation stemming from a incident and attack from C.O. Covington. There is no movement made I am told I'm waiting for Capt Blow who approves or denies P.C., I call 311, drop grievences and call Prisoners rights Project. eventually on June 15th after the dinner meal the John Doe #6 lets me and inmate attacker John Doe #4 into unit without C.O. Jane Doe #2 being present. We go into the unit and I am attacked unprovoked by John Doe#4 on camera. C.O. John Doe#6, and C.O. Jane Doe#7 see the attack and never call security, write a misbehavior report or remove the attacker. I am severly injured, my tooth knocked loose, jaw swollen, lip lacerated. I still suffer from pain to my face anxiety, depression and mistrust of muslim inmates

as this attacker was clearly muslim, and I being a practicing Jew who prayed 3 times daily at the unit. I believe this was retaliation and anti semitism due to C.O. Covington. Jane Doe #2 and John Doe #7 failed to protect me. I site 1st, 8th and 14th amendment violations.

⑪ Days later I still haven't been moved despite 311, grievances and alerting Captains. I take my belongings and run out the unit in fear and terror. That day I am moved to unit 3 south even tho I tell C.O. Martinez in the Intake I should be in P.C. He tells me I was denied by Capt. Blow. I ask for the denial so I can appeal. I'm told I dont get that and I call PRP and report it. I site 1st, 8th and 14th amendment violations.

⑫ On June 22nd, aprox 10 am Capt Susanka comes to 3 south again asking if and why I want P.C. I explain. she tells me to pack up and I get moved down to intake. C.O. Williams gives me a involuntary Protective Custody form and leaves. The form says I was attacked by a muslim inmate and fear retaliation in general population which while true was only partially what I told her. As I'm awaiting movement, officer Traqueno starts calling me "faggot" "Dick sucker" and saying I "have HIV". I ask how she believes that to be true and she says Co. Covington told her and "everyone knows" she continues "your not going to P.C. your on the hit list you better get a razor" she then speaks with Capt Ceaser from Intake who tells me I'm "not going to P.C., Captain Blow denied you." When I tell him, Cept Susanka told me Captain Blow was off that day and I would go to P.C. prior to a determination from Cept. Blow due to safety, He says "she emailed me" I ask for a refusal and am denied.

me to the strip area and forcibly removes the PC paper from me saying "you wont have this evidence asshole". He instructs C.O. Daniels to cuff me. I sit on the floor with hands cuffed behind my back begging and pleading to go to P.C. He pulls out his spray and assaults me, threatening to spray me if he has to ask me again to get up. I refuse and C.O. Traqueno runs and gets a restraint chair saying "were gonna torture this faggot". fearing for my life I get up and am attacked and cuffed hand and foot and dragged to the unit I was removed from for my safety.

As I am dragged away under the supervision and direction of Captain Ceaser by order of C.O. Traqueno for retaliation of my religious, medical and raeld, grouping by C.O. Covington I am severly injured. my wrist is nearly broken, ankles swollen and bruised. I am still in pain. Also I suffer from anxiety, Depression, PTSD and more due to this assault and battery. I site 1st, 8th and 14th amendment violations as well. C.O. Daniels also threw away all legal work.

(13) On June 24th I was brought to clinic to be seen for injuries due to the attack by Capt Ceases and used the toilet in Intake where co. Traqueno assaulted me calling me "zionist shit" and promising "your as good as deopt, you'll see" she then punches me in the chest. I am bruised and swollen by her blow. I also site 1st, 8th and 14th amendment violations.

(14) On July 4th inmate stevenson 6 cell, 3 south tells me C.O. Traqueno put out the word that I have HIV and am gay. I call PRP and 311 immediatly

who asks if I want PC due to my 311 and PRP calls. I tell her yes and write a very lengthy detailed statement front and back of the paper. She sends me to medical where while I'm waiting to see cHS staff I am confronted by Capt Bolanos, Capt Ceaser and am told "Your going back to the unit faggot the crew is already paid, your fucked." I see the P.A. Ms. Cherry and a mental health clinician literally crying telling them I'm on the hit list and dont know what to do. They say I'll be fine. I am as promised by Capt Ceaser, Captain Bolanos C.O. Covington and C.O. Traguene, brutally attacked by inmate attackers John Doe #5 and #6, as soon as I go back to the unit. I am called faggot and stupid Jew while being beaten. My jaw is broken and my neck and head and arms are sevely harmed. I am rushed out of the unit I told staff I would be attacked for weeks and brought to bellvue and Elmhust hospital.

(⑭) I still cant speak properly, eat food correctly sleep or drink due to the pain. My face is disfigured due to contusion on my left temple and loose teeth. I am suffering from anxiety, depression, PTSD, social emberresment and more. I site 1st, 14th, 8th amendment violations.

(15) The Hospital prescribes me percoset 3x daily and a liquid diet. I am now placed, too late, in PC., but not. I'm moved to RNDC Med4 over the dorm where C.O. Covington works who initiated this 2 month long discriminatory concerted social, physical, sexual attack. I am now being refused transportation to get my medication several times exasperating my pain. Also my liquid diet is not being given leaving me hungry and scared.

(16) Around July 9th approx, I am in the clinic and because I missed my morning meds, am in pain, scared and hopeless I begin to cry in the intake pen while locked in by myself. I vent out loud the entire 2 months of terror mentioning C.O. Covington and his role in the abuse. The staff then calls Security unexplicably and C.O. Covington. He tries to get into the pen saying I'm his "girlfriend" and he's going to "have sex with" me. His Captain has to physically restrain him from getting inside. Over the preceding days I miss medication many times and am in severe pain. I also barely eat. I am physically injured, malnourished suffer anxiety, pain, depression, dizzyness, loss of sleep eck. I cite 1st, 4th, 8th and 14th amendment violations.

(17) Because of my fear of C.O. Covington upon being returned to RNDC, and my calling 311, grievances and PRP. I am moved to OBCC P.C. I am there approx 8 days in unit 5sw, non a.c. in 90° 100° temp. John Doe #3 OBCC and John Doe #9 NYCDOCS Commissioner and Dep warden Manning are responsible for these moves and mishousing which caused me heat exaustion, rash, breathing issues dizzyness, Anxiety, loss of sleep, depression eck. I also during the 8 days I was there was fed nothing medically approved by NYCDOCS causing me

to eat hard food, reinjuring my jaw, and
causing more lasting trauma. I also site 1st, 4th, 8th,
and 14th amendment violations.

(13) I call 311, PRP, and write grievances after speaking to
Dep Manning who tells me I need to be moved to
West facility isolation cell because of the officer abuse
retaliation and attacks using inmates. She tells me I am
on the "waiting list". On July 15 I go to a
follow up at Bellvue and tell them I am losing weight
and hurting myself trying to eat normal food because
NYCDOC's is not following my therapeutic menu.
They give me a prescription to Ensure 3x daily.
When I get back to OBCC I notice P.C. is constantly
going to medication with G.P. putting me in danger.
This happens over 20 times. I have to
constantly fight to get to the clinic to get my meds.
I realize Capt. Bolanos is personally blocking me from
going down there, effectively cancelling Dr. prescriptions.
I call 311 and put grievances and tell PRP.
I am further harmed by Capt. Bolanos and
site 1st 4th 8th and 14th amendment violations.

(14) I am transferred on July 18th back to RNDC!
There I am told RNDC "doesn't give Ensure" because
the CHS boss made a rule and I never get my
medication. Also my liquid diet which was

*to soft diet*

switched 7/15/24 at Bellvue to allow my jaw to get used to harder foods. But is still given to me as liquid until present so its been over 30 days since nycdocs gave me medically approved food. My jaw is further injured and I site 1st, 4th, 8th, and 14th amendment violations.

(20) On 8/3/24 at apos 9pm in unit med 4 lower heavy smoke pours thru the vents. We are directed to salty port by C.O. but their Deputy warden Polacc comes and tells us to go back in the smoke filled dorm. I suffer smoke inhalation due to her order. Fire Safety Unit C.O. McMillon comes to excerete us thru the fire safety door but cannot get it open it was stuck. We were left in the dorm, never evacuated or asked if we went medical. a [inmate]. Brown passes out and me and other inmates are ordered to carry him up 3 flights of steps and are promised medical attention. I injure my back shoulder lungs, throat, eyes, nose during this. I site 1st, 4th, 8th, and 14th amendment violations.

㉑ On 4/5/24 at approx 10 pm C.O. melville comes out the officers station, tells me "you got HIV faggot, don't say shit to me". I suffer anxiety, depression, fear and more. Now inmate in here might attack me again. I site 1st, 4th, 8th and 14th amendment violation.

㉒ During all this NYCDOC has under the direction of the commissioner removed all hot pots used to cook commissary sold by Keefe. I can't cook the food I bought and have suffered injury to my gums and teeth due to eating dehydrated rice beens ect. I site 8th amendment violations. Also I have been deprived of Recreation daily outside, and law library Tues-Sat. in OBCC, EMTC and RNDC by wardens John Doe #1, John Doe #3 and warden Chester and their customs and staff. This has caused me Vit D defficiency which NYCDOC acknowledged by prescribing me Vitamin $D^3$, muscle atrophy, near sightedness, Anxeity, depression, PTSD ect. Also it has negativly affected my case as I am Pro Se and my legal work was also thrown away.

Most of this was put in a Artical 78 which keeps getting adjourned with no action. I have exousted all administrative remedies or feared retaliation.

(23) Also Keefe Commissary only sells unhealthy sugar and salt laden snacks and food as a agent of NYCDOS. There are 1 fresh vegetable option "corn". This is not consistent with NYCDOCS policys from prior court orders to provide heart healthy balanced options. Keefe Commissery Ceo and NYCDOCS. are personally responsible for my high blood pressure and headaches. dizzyness

(24) Also, I signed off my HIV medication for fear of continued retribution and discrimination but NYCDOCS Commissioner and CHS supervisor John Doe

**INJURIES:**

Continued to send it. This caused my assault and officer Melville and Iraquero to harass and hurt me.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

All injuries were stated above as far as I know. Due to the evasive and subpar healthcare and collusion here I don't know the extent of my injury. I will seek private medical care once I'm released

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I seek $250,000.00 Two hundred a fifty thousand dollars for each cause of action. 23 causes of action and a total of Five million seven hundred and fifty thousand dollars $5,750,000.00 plus attorneys fees and court costs and fees as well as reimbursment for expert witnesses and current, future and past medical care. Also for officers to be fired and criminally charged. Rabbinical Kitchen staff to be hired, a kosher kitchen in each building built. Keefe to lose its contract with DOCS and for Semetic culture sensitivity to be taught to existing staff and recruits. Plus whatever else the court deems just and fair. And the discrimination to cease.

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/2/24 | |
| Dated | Plaintiff's Signature |

| Joshua | JJ | Gumbio |
|---|---|---|
| First Name | Middle Initial | Last Name |

11-11 Hazen St   Elmhurst  NY  11370
**Prison Address**

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 8/8/24

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

*I wrote copy*

### INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: Barrera Joshua | Date: 7/4/24 |
|---|---|

| Book and Case Number: 3490401989 | Date of Birth: 10/14/198 | Age: 42 | Housing Area: 7 80 |
|---|---|---|---|

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Please Help me I am being abused by staff. I was assaulted in RNDC by officer who promised retaliation here. Now I was attacked here 6/15/24 in 7 lower. I told capt Guerere and civilian mascose who agreed I wanted P.C. I packed my roll up and was moved to 3 south Capt suranka brought me to intake for P.C. then brought me back to unit because officer Traquino #5225 told them I am "gay" and have HIV. She then punched me and I.I.d. humiated and staff. I have HIV. Now I was asked if I wanted to write a statement of this by Capt Suranka today. she now has me seeing medical. I dont know why I said I was afraid at my court because those false. Now she told me she is inadenteraly Placing me in P.C. but she moved me to a dorm dipper. I want to go to PC please the officers are abusing me. they wont give me a denial for PC or anything so I can appeal. I fear for my life from the officer in this building and inmates now all know my HIV status and theyre moving back where I

| Inmate's Signature: | Date: 7/4/24 |
|---|---|

| Witness by (print name): W. Wilker | Witness Signature: | Rank: CO | Shield Number: 3231 |
|---|---|---|---|

Case Details - Appearances

# New York State Unified Court System

## WebCriminal

## Case Details - Appearances

| CASE INFORMATION | |
|---|---|
| Court: | **Bronx Supreme Criminal Court** |
| Case #: | **SMZ-72917-24/001** |
| Defendant: | **Gumora, Joshua** |

| Date/ Time | Judge/ Part | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome/ Release Status |
|---|---|---|---|---|---|
| 07/03/2024 09:00 AM | Powell, Verena C. Misc. Writ | Motion, Writ | 1st Appearance | Diercks, Laura | Adjourned |
| 07/25/2024 09:00 AM | Powell, Verena C. Misc. Writ | Motion, Writ | Adjournment | Hicks, Stephanie | Adjourned |
| 08/15/2024 09:00 AM | Judge, TBD Misc. Writ | Motion, Writ | Adjournment | | |

NEW YORK CITY DEPARTMENT OF CORRECTION

11TH JULY TO 17TH JULY 2024

**FACILITY: OBCC**

**LOC: BING**

LOC. BING

5 SW

Pg. 1

LUNCH

DINNER

THERAPEUTIC
DIET LIST

DIETITIAN : SRIVASTAVA, N.    EXT: 8550

If inmate refuses meal, indicate refusal

C.O. SIGNATURE: _____    SHIELD # _____

| NAME | I.D.NUMBER | LOC. | DIET | REMARKS/ PM SNACK/ SUPPLMT | SIGNATURE |
|---|---|---|---|---|---|
| HOWELL, MICHELL | 1412303180 | SW 5 | | 8 OZ. SOY MILK @ BREAKFAST |  |
|  |  |  | | ALLERGY-FISH |  |
| WILSON DARREN | 141-18-02911 | SW 5 | | 8oz RIB @ LUNCH | Exp 8.10.2024 |
| PERCY, COLLIN | 141-20-03309 | SW 5 | VEGAN | 8 OZ SOY MILK @ BREAKFAST |  |
| CUYA, RAHUL | 825-24-00320 | SW 5 | PUREED | 8 OZ RIB @ L+D | TILL 8.28.24 |
| ROBINSON, ERNEST | 241-24-00647 | SW 5 | | PM SNACK | TILL DISCHARGE |
| BETHUNE, JEROME | 241-24-00083 | SW 5 | | 8 OZ SOY MILK @ BREAKFAST / LACTOSE INTOLERANCE |  |
|  |  |  | | |  |
|  |  |  | | |  |

SFPIB: VITAL WHEY PROTEIN POWDER SUGAR FREE
RIB: REGULAR INSTANT BREAKFAST
HPIB: HIGH PROTEIN INSTANT BREAKFAST

**From:** Natalie Pacht <npacht@legal-aid.org>
**Sent:** Tuesday, June 25, 2024 1:11 PM
**To:** 'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov'
<Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;
'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>;
'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>; 'DL-IDComplaints@doc.nyc.gov' <DL-
IDComplaints@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; Shirley.Blow@doc.nyc.gov
<Shirley.Blow@doc.nyc.gov>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez
<MGLopez@legal-aid.org>; Terence Davidson <TSDavidson@legal-aid.org>; Robert Quackenbush
<RQuackenbush@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Sophie Gebreselassie
<SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>;
Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Lauren Stephens-Davidowitz
<lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>
**Subject:** ID Request/Report of DOC Misconduct/Request for Protective Custody: Joshua Gumora, B&C: 3492401784,
NYSID: 09619315R, OBCC 3 South

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who continues to report urgent safety concerns in his
current housing unit in OBCC, and requests to speak with ID staff about his ability to be transferred to a protective
custody housing unit where he will feel safe.
Mr. Gumora reports that his housing unit in OBCC is extremely unsafe for him and he urgently requests to speak
with the appropriate DOC staff and ID staff about being transferred to a protective custody unit. Mr. Gumora tells
our office that Captain Hildan spoke with him last week about his PC request, to which Mr. Gumora confirmed that
he did not feel safe. Mr. Gumora states that he was brought to OBCC intake, where officers refused to bring him to
PC and did not provide him with a denial. Instead, he was brought to his current unit of OBCC 3 South.

Mr. Gumora states that two days later, he was cleaning his cell, 37 Cell, at approximately 8 am when a captain
came into his unit, causing officers to shut the doors to individuals' cells. Mr. Gumora reports that he attempted to
get through the door and ended up stuck in the cell door. He tells our office that Officer Beattie was the floor
officer at the time, and had full view of Mr. Gumora's situation. He states that the officer told him that she would
open the door when the captain left. Mr. Gumora reports that about 5-6 minutes elapsed before he was released
from the cell door, and, upon his release, he collapsed onto the floor in front of 1 Cell. Mr. Gumora tells our office

that he was on the floor for about an hour and a half. He urgently requests to speak with ID staff about this incident and his ability to be transferred to a protective custody housing unit.

Furthermore, Mr. Gumora reports that on at approximately 10 am on June 22nd, Captain Susanka (spelled phonetically) spoke with him and told him to pack his stuff for his PC transfer. She reportedly brought him to intake and generated paperwork. While in intake, Officer Trevino, Badge #5225, reportedly harassed Mr. Gumora, calling him homophobic slurs, and then said to Intake Captain Cesar "I don't care, he (Mr. Gumora) is not going to PC." Officer Williams then brought paperwork to Mr. Gumora and requested that he sign it. Mr. Gumora says that he asked for a copy of the paperwork, and that Officer Williams left the single, unsigned copy with him, and did not return with a copy. Officer Trevino then reportedly said that Mr. Gumora should be taken back to his unit. Mr. Gumora tells our office that a few minutes later, Captain Cesar brought him to the search area and forcibly removed the PC paperwork from him. Mr. Gumora states that he said to Captain Cesar that he was entitled to a copy of that paperwork, to which Captain Cesar reportedly said, "I know, but you are not getting it." Mr. Gumora states that he calmly refused to go back to his unit by sitting down on the floor. He says that in response to him sitting, he was forcefully handled, to the point that an injury report was written up, and Captain Cesar told Officer Daniel to throw his legal work and property in the garbage. Mr. Gumora states that he was brought back to his cell at approximately 6 pm. He is very concerned about this string of events, requests that the video and audio footage be preserved, and requests to speak with ID staff about the incident.

In addition, Mr. Gumora states that yesterday, June 24th, he was brought to the clinic to address his injury reports. He tells our office that the clinic bathroom was broken, so he was told to go to intake to use the bathroom there. He reports that Officer Trevino saw him in intake and said to get out of her area and reportedly punched him. He asks to speak with ID staff about his concerns and ability to be transferred to protective custody. **If for any reason, Mr. Gumora is denied a transfer to protective custody, please provide him with the appropriate paperwork stating this.**

**Would you please ensure that Mr. Gumora is interviewed _as soon as possible in a private and confidential setting outside of his housing area_ by DOC security staff regarding his safety concerns in OBCC and request for protective custody? If Mr. Gumora has been denied a transfer to protective custody, please provide him with information as to why and how he can appeal this decision.**

**Would you please additionally ensure that Mr. Gumora is seen as soon as possible by DOC ID staff concerning his reported DOC misconduct concerns?**

**Lastly, please preserve any relevant video footage and body camera footage of the above described incident in OBCC on June 22, 2024, between approximately 10 an and 6 pm.**
Please ensure that Mr. Gumora is transferred to a housing unit where he indicates he will feel safe.
Finally, please inform Mr. Gumora and this office of your actions in response to this request.
Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

**From:** Maria Mirasol <mmirasol@legal-aid.org>
**Sent:** Wednesday, July 3, 2024 9:48 AM
**To:** Ruben.Benitez@doc.nyc.gov <Ruben.Benitez@doc.nyc.gov>; tara.daggett@doc.nyc.gov
<Tara.Daggett@doc.nyc.gov>; Constituent Services <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov'
<boccomplaints@boc.nyc.gov>; corsland@law.nyc.gov <corsland@law.nyc.gov>; legal.intake@doc.nyc.gov
<legal.intake@doc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez
<MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-
aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas
<khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short (e) <SShort@legal-aid.org>; Lauren
Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>
**Subject:** DOC Misconduct/ Medical Access Concerns Report: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R,
OBCC 3 South

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who reports instances of DOC misconduct in OBCC
and requests to speak with Investigation Division staff members as soon as possible.

Mr. Gumora tells our office that he is being targeted by DOC staff in OBCC 3 South. He states that DOC staff
are verbally harassing him by calling him different slurs, including "faggot," and physically assaulting him. Mr.
Gumora states that on June 24, 2024, DOC staff punched him in the chest. Mr. Gumora requests to be seen by
the appropriate Investigation Division staff members to discuss the reported instances of DOC misconduct.

Furthermore, Mr. Gumora reports that despite having called the sick call line and submitting 311 complaints,
he has not yet been seen by CHS medical staff to treat his medical condition. He states that when he asks COs
why he has not been escorted to the clinic, they have told him that there are "movement issues." Mr. Gumora
reports that he believes he has been on the sick call list on multiple occasions, and he is concerned that the
reported escort issues are delaying his treatment.

*As you know, the Department of Correction has the non-discretionary duty under New York State law to
provide access to medical care to persons in its custody. DOC was ordered to comply with these duties on
December 6, 2021 in Agnew v. N.Y.C. Department of Correction, Index No. 813431/2021E (Sup. Ct. Bronx
Cnty.); the Court ordered the Department: (1) "to provide . . . access to sick call on weekdays, excluding
holidays, and to make sick call available at each facility to all persons in custody a minimum of five days per*

1

*week within 24 hours of a request or at the next regularly scheduled sick-call," and (2) "provid[e] sufficient security for movement by incarcerated persons to and from health service areas and not prohibiting or delaying incarcerated persons' access to care, appropriate treatment, or medical or dental services."*

**Would you please ensure that Mr. Gumora is interviewed *as soon as possible* *in a private and confidential setting outside of his housing area* by DOC ID staff regarding the above reported incident in OBCC 3 South and the reported DOC staff harassment?**

**Would you please additionally ensure that Mr. Gumora is seen as soon as possible concerning his medical access concerns? Please ensure his access to medical attention is not compromised as a result of DOC misconduct.**

**Lastly, please preserve any relevant video footage and body camera footage of the above described incident on June 24, 2024, in OBCC 3 South.**

**Finally, please inform Mr. Gumora and this office of your actions in response to this request.**

**Thank you in advance for your attention to this matter.**

**Maria Mirasol**
Paralegal Casehandler
Prisoners' Rights Project
Criminal Law Reform
The Legal Aid Society
49 Thomas St, 10th floor
New York, NY 10013
(917) 581-2719
*she/her/ella*

**From:** Natalie Pacht <npacht@legal-aid.org>
**Sent:** Monday, July 8, 2024 3:03 PM
**To:** 'tara.daggett@doc.nyc.gov' <tara.daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov'
<constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>;
'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>;
Shirley.Blow@doc.nyc.gov <Shirley.Blow@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez
<MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-
aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas
<khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Lauren Stephens-Davidowitz
<lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>
**Subject:** Request for Protective Custody/Heat Sensitivity Concerns Report: Joshua Gumora, B&C: 3492401784, NYSID:
09619315R, RNDC Mod 4 Lower

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who reports safety concerns in his unit of RNDC Mod 4
Lower and urgently requests to speak with DOC security staff.

Mr. Gumora tells our office that he was recently transferred from OBCC to RNDC Mod 4 Lower, which is a dorm-style
protective custody unit, and does not feel safe. He states that he has been in multiple altercations in RNDC and urgently
requests to be transferred to a celled protective custody unit. Mr. Gumora adds that he has been subject to uses of force
by DOC staff in RNDC in the past, and feels traumatized being housed in RNDC. He reports that he is heat sensitive and
requires an air conditioned unit, and that has not been able to receive his necessary diet while in RNDC. He urgently
requests to speak with DOC security staff about being transferred to a protective custody unit outside of RNDC that is
air-conditioned where he is able to receive his proper diet.

**Would you please ensure that Mr. Gumora is interviewed *as soon as possible _in a private and confidential setting_
_outside of his housing area_* by DOC security staff about his ability to be transferred to a cooled cell-style protective
custody unit? If he is denied this request, please explain the reasoning to Mr. Gumora and this office?**

**Please also confirm whether Mr. Gumora is heat-sensitive, and if he is, promptly transfer him to a unit with
functioning air conditioning. If he is not deemed heat-sensitive, please ensure that he and others in his unit are
provided with free access to cooled showers and with ice and cold water throughout the day. Please also ensure that**

1

corrections staff constantly tour the housing unit in order to spot people in custody who may be experiencing heat illness and, if anyone is in medical distress, promptly provide them with access to medical care.

Finally, please inform Mr. Gumora and this office of your actions in response to this request. Thank you in advance for your attention to this matter.

Natalie Pacht *she/her*
Paralegal Casehandler
Prisoners' Rights Project
Criminal Law Reform
The Legal Aid Society
49 Thomas St, 10th floor
New York, NY 10013

**From:** CHS Patient Relations <CHSPatientRelations@nychhc.org>
**Sent:** Wednesday, July 3, 2024 1:54 PM
**To:** Maria Mirasol <mmirasol@legal-aid.org>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; CHS Patient Relations <CHSPatientRelations@nychhc.org>; Tumasar, Diane <tumasard@nychhc.org>; Jasmin, Alixzondra <ajasmin@nychhc.org>; Rosner, Zachary <zrosner@nychhc.org>; Arias, Nancy <narias@nychhc.org>; CINTRON, LUIS <cintronl@nychhc.org>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Stefen Short (e) <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>
**Subject:** RE: [EXTERNAL] Medical Attention Request: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, OBCC 3 South

Thank you for your referral. The below information will be forwarded to the clinical team at the patient's facility.

Regards,
C.G.

**From:** Maria Mirasol <mmirasol@legal-aid.org>
**Sent:** Wednesday, July 3, 2024 12:16 PM
**To:** 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; CHS Patient Relations <CHSPatientRelations@nychhc.org>; Tumasar, Diane <tumasard@nychhc.org>; Jasmin, Alixzondra <ajasmin@nychhc.org>; Rosner, Zachary <zrosner@nychhc.org>; Arias, Nancy <narias@nychhc.org>; CINTRON, LUIS <cintronl@nychhc.org>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short (e) <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam

<aabdelsalam@legal-aid.org>
**Subject:** [EXTERNAL] Medical Attention Request: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, OBCC 3 South

**Caution: This email originated from outside of the organization.** Do not click links or open attachments unless you recognize the sender and know the content is safe. Either click the **Report A Phish button** or forward suspect email to spamadmin@nychhc.org as an attachment (Click the More button, then forward as attachment).

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who requests to be seen by CHS medical staff to discuss his symptoms and treatment plan.

Mr. Gumora informs our office that he had a tooth extraction on or about June 20th, 2024. He state that he was provided antibiotics following the procedure, but he has not been afforded access to more antibiotic ever since. Mr. Gumora explains that he is concerned his wound became infected as a result of lacking the medication. He requests to be seen by CHS medical staff to discuss his options for a prescription renewal or alternative treatment.

**Would you please ensure that Mr. Gumora is scheduled to be seen by medical staff members to discuss his treatment plan, including whether he can be afforded access to medication?**

**Please also provide Mr. Gumora with confirmation of his scheduled appointments.**

**Lastly, please inform Mr. Gumora of your actions taken in response to his treatment needs and the reasons for those actions.**

Thank you in advance for your attention to this matter.

**Maria Mirasol**
Paralegal Casehandler
Prisoners' Rights Project
Criminal Law Reform
The Legal Aid Society
49 Thomas St, 10th floor
New York, NY 10013
(917) 581-2719
*she/her/ella*

Visit www.nychealthandhospitals.org

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

2

**From:** Service Desk <servicedesk@doc.nyc.gov>
**Sent:** Tuesday, June 18, 2024 1:54 PM
**To:** Natalie Pacht <npacht@legal-aid.org>
**Cc:** Aliyah Abdelsalam <aabdelsalam@legal-aid.org>; Jacqueline Arkush (e) <jarkush@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Kayla Simpson <ksimpson@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Ginger Lopez <mglopez@legal-aid.org>; Mary Lynne Werlwas <mlwerlwas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Robert Quackenbush <rquackenbush@legal-aid.org>; Sophie Gebreselassie <sgebreselassie@legal-aid.org>; Terence Davidson <tsdavidson@legal-aid.org>; Veronica Vela <vvela@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Anna Friedberg <afriedberg@tillidgroup.com>; complaints@boc.nyc.gov <complaints@boc.nyc.gov>; dl-idcomplaints@doc.nyc.gov <dl-idcomplaints@doc.nyc.gov>; legal.intake@doc.nyc.gov <legal.intake@doc.nyc.gov>; paul.shechtman@doc.nyc.gov <paul.shechtman@doc.nyc.gov>; ruben.benitez@doc.nyc.gov <ruben.benitez@doc.nyc.gov>; tara.daggett@doc.nyc.gov <tara.daggett@doc.nyc.gov>
**Subject:** Re: [Request ID :##769622##] : [EXTERNAL] ID Request/Request for Protective Custody: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, OBCC

Good day,

Thank you for contacting the New York City Department of Correction, Office of Constituent and Grievance Services (OCGS). The below correspondence has been forwarded to the appropriate unit within the agency for further investigation. You may track the status of your complaint using this link:
https://www.nyc.gov/site/doc/about/complaint-status.page

Thank you again for contacting the NYC Department of Correction.

Office of Constituent Services and Grievance Services
NYC Department of Correction

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who continues to report urgent safety concerns in his current housing unit in OBCC, and requests to speak with DOC staff about his ability to be transferred to a protective custody housing unit where he will feel safe.

Mr. Gumora reports that his housing unit in OBCC is extremely unsafe for him and he urgently requests to speak with the appropriate DOC staff about being transferred to a protective custody unit. Mr. Gumora tells our office that he is housed in a dorm style general population house, where he feels extremely unsafe and uncomfortable. He tells our office that he was assaulted by other incarcerated individuals on Saturday, June 15th, between 12 pm and 6 pm. He states that he was punched in the face multiple times in the view of the control room officers. He tells our office that the control room officers told the floor officers to intervene, but they did not attempt to assist Mr. Gumora, nor did they take him to the clinic after the incident. Mr. Gumora is concerned that DOC staff's lack of action is retaliatory from his reports of correctional staff misconduct in RNDC. He urgently requests to speak with ID staff about this incident and his ability to be transferred to a protective custody housing unit.

In addition, Mr. Gumora states that he is heat sensitive, and is struggling with the temperature of the dorm. He urgently requests to speak with the appropriate DOC security staff about his ability to be transferred to a cell-style unit in protective custody. Mr. Gumora reports that earlier this week, DOC staff spoke with him about him being transferred out. He states that he filled out an inmate statement form and handed it to his area supervisor, but nothing has been done. He urgently requests to be transferred out of his current unit and into a protective custody unit as soon as possible.

**Would you please ensure that Mr. Gumora is interviewed _as soon as possible in a private and confidential setting outside of his housing area_ by DOC security staff regarding his safety concerns in OBCC and request for protective custody? Would you please ensure that Mr. Gumora is transferred to a different cooled housing unit with cell housing as soon as possible?**

**Would you please additionally ensure that Mr. Gumora is seen as soon as possible by DOC ID staff concerning his reported DOC misconduct concerns?**

**Lastly, please preserve any relevant video footage and body camera footage of the above described incident in OBCC on June 15, 2024, between approximately 12 pm and 6 pm.**

Please ensure that Mr. Gumora is transferred to a housing unit where he indicates he will feel safe.

Finally, please inform Mr. Gumora and this office of your actions in response to this request.

Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
_Paralegal Casehandler_
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

**From:** Natalie Pacht <npacht@legal-aid.org>
**Sent:** Wednesday, May 22, 2024 3:15 PM
**To:** 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'COrsland@law.nyc.gov' <COrsland@law.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>; 'DL-IDComplaints@doc.nyc.gov' <DL-IDComplaints@doc.nyc.gov>; Shirley.Blow@doc.nyc.gov <Shirley.Blow@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>
**Subject:** Safety Transfer Request/Medical Access Concerns/ID Request: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, EMTC 4 Upper

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who reports urgent safety concerns in his current housing unit in EMTC 4 Upper, and requests to speak with DOC staff about his ability to be transferred to a housing unit where he feels safe.

Mr. Gumora reports that his housing unit of EMTC 4 Upper is extremely unsafe for him. He states that he has been assaulted multiple times by other individuals and has gotten his property stolen from him. Most recently, Mr. Gumora reports that he was assaulted on May 22, 2024, between approximately 9 am and 11 am, he was assaulted by another individual in his housing unit. Furthermore, he states that a different individual took some of his property, resulting in him being sprayed. Mr. Gumora tells our office that he was partially sprayed at this point, and, despite asking multiple DOC staff members, has not yet been decontaminated. He urgently requests to speak with DOC security staff about his ability to be transferred to a different housing unit, as he indicates that is where he will feel safe.

*As you know, the Department of Correction has the non-discretionary duty under New York State law to provide access to medical care to persons in its custody. DOC was ordered to comply with these duties on December 6, 2021 in Agnew v. N.Y.C. Department of Correction, Index No. 813431/2021E (Sup. Ct. Bronx Cnty.); the Court ordered the Department: (1) "to provide . . . access to sick call on weekdays, excluding holidays, and to make sick call available at each facility to all persons in custody a minimum of five days per week within 24 hours of a request or at the next regularly scheduled sick-*

*call," and (2) "provid[e] sufficient security for movement by incarcerated persons to and from health service areas and not prohibiting or delaying incarcerated persons' access to care, appropriate treatment, or medical or dental services."*

**Would you please ensure that Mr. Gumora is interviewed *as soon as possible in a private and confidential setting outside of his housing area* by DOC security staff regarding his safety concerns in EMTC 4 Upper? Would you please ensure that Mr. Gumora is transferred to a different housing unit as soon as possible?**

**Would you please additionally ensure that Mr. Gumora is seen as soon as possible concerning his medical access concerns? Please ensure his access to medical attention is not compromised as a result of DOC misconduct.**

**Lastly, please preserve any relevant video footage and body camera footage of the above described incident in EMTC 4 Upper on May 22, 2024, between approximately 9 am and 11 am.**

Please ensure that Mr. Gumora is transferred to a housing unit where he indicates he will feel safe. Finally, please inform Mr. Gumora and this office of your actions in response to this request. Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

**From:** CHS Patient Relations <CHSPatientRelations@nychhc.org>
**Sent:** Tuesday, July 9, 2024 8:01 AM
**To:** Natalie Pacht <npacht@legal-aid.org>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; CHS Patient Relations <CHSPatientRelations@nychhc.org>; Tumasar, Diane <tumasard@nychhc.org>; Jasmin, Alixzondra <ajasmin@nychhc.org>; Rosner, Zachary <zrosner@nychhc.org>; Arias, Nancy <narias@nychhc.org>; CINTRON, LUIS <cintronl@nychhc.org>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>
**Subject:** RE: [EXTERNAL] Medical Transfer Request: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, Mod 4 Lower

Thank you for your referral. The below information will be forwarded to the clinical team at the patient's facility.

Regards,
M.S.

**From:** Natalie Pacht <npacht@legal-aid.org>
**Sent:** Monday, July 8, 2024 3:02 PM
**To:** 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; CHS Patient Relations <CHSPatientRelations@nychhc.org>; Tumasar, Diane <tumasard@nychhc.org>; Jasmin, Alixzondra <ajasmin@nychhc.org>; Rosner, Zachary <zrosner@nychhc.org>; Arias, Nancy <narias@nychhc.org>; CINTRON, LUIS <cintronl@nychhc.org>
**Cc:** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>;

1

Maria Mirasol <mmirasol@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>
**Subject:** [EXTERNAL] Medical Transfer Request: Joshua Gumora, B&C: 3492401784, NYSID: 09619315R, Mod 4 Lower

> **Caution: This email originated from outside of the organization.** Do not click links or open attachments unless you recognize the sender and know the content is safe.  Either click the **Report A Phish button** or forward suspect email to spamadmin@nychhc.org as an attachment (Click the More button, then forward as attachment).

I write on behalf of Mr. Joshua Gumora, B&C: 3492401784, who requests to be seen by CHS medical staff to discuss his ability to be transferred to an infirmary unit, as well as his current treatment plan.

Mr. Gumora informs our office that on July 4, 2024, he was involved in a physical altercation that resulted in his jaw being broken. He reports that he is currently housed in RNDC Mod 4 Lower, and he has not been provided with the liquid diet that he requires. Mr. Gumora tells our office that RNDC DOC staff have informed him that he will not be able to receive Ensure while housed there, resulting in him not having eaten for about three days. Mr. Gumora states that DOC staff have told him he has been denied a transfer to NIC because his jaw is not wired shut. He adds that he is heat sensitive and his current unit is not air conditioned. He urgently requests to discuss his ability to be transferred to an air conditioned, protective custody infirmary unit, where he will be able to receive his proper diet.

**Would you please ensure that Mr. Gumora is scheduled to be seen by medical staff members to discuss his ability to be transferred to a protective custody medical unit where his diet and heat sensitivity concerns will be accommodated? If deemed appropriate, please coordinate with DOC staff so that he is transferred as soon as possible.**

**Please also provide Mr. Gumora with confirmation of his scheduled appointments.**

**Lastly, please inform Mr. Gumora of your actions taken in response to his treatment needs and the reasons for those actions.**

Thank you in advance for your attention to this matter.

**Visit www.nychealthandhospitals.org**

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

**Welcome to the New York City Bail Overdetention Settlement Website**

**If You Were Released on Bail From Rikers or Another NYC Jail**

**You Could Get $3,500 or More From a Class Action Settlement**

**Update:** On July 11, 2023, at 4:00 p.m. the Court held a Fairness Hearing at the United States District Court Southern District of New York, before the Honorable John G. Koeltl. At this hearing the Court held that the Settlement is **fair, reasonable, and adequate** and signed the Order granting the final approval of the Settlement. To download a copy of the Final Approval Order, click here (/Portals/0/Document Files/FAO.pdf?ver=373zrIRc3WxTgV24qY2Mxg%3d%3d).

The first round of payments will be issued in late September 2023 to class members who filed valid claims. If your claim was not validated in the first round, please be patient. There will be subsequent waves of payments. To check the status of your claim, please call the Settlement Administrator at 833-472-1994.

**Update:**  The deadline to file a late claim has passed.

Important: ONLY FOR THOSE RECEIVING NEEDS-BASED GOVERNMENT BENEFITS WITH RESOURCE/INCOME LIMITS (EX. SSI and/or Medicaid, BUT NOT SSDI and/or Medicare): You should deposit/cash your check early in the month to allow time to Spend Down below that limit by the end of the month that your check was cashed. You also need to report and provide proof that funds were spent on you and for your needs to the relevant agency after spending down the funds.

To find out how these payments could affect your government benefits, you can speak to a FREE government benefits consultant with the Claimant Advocacy Group by calling 1-800-674-9756; emailing cag@claimantadvocacy.com; or writing to Claimant Advocacy Group, 241 Ridge Street, Suite #300, Reno, NV 89501.

EC-00832696                              3U

EC-00815905    C.O. Covington stole food from Levine
EC-00816295                 C.O. Covington Assault
EC-00815382 (unknown)
EC-00815376  Rodents RNDC
EC-0082022  no ID specialist may-Aug
EC-00814510  water poison
EC-00815377  complaints/Grievances no response
EC-00816640 - Assault/sexual C.O. Covington
EC-008159131 - K2 smoking RNDC no co action
EC-00815912 - Antisemitism, Denied services, no kosher milk/fruit
EC-00817692 - Emergency Dental              EC-00811873
EC-00814023 - No Law Library - on trial     EC-00833311
EC-00810824 - Heat sensitive
EC-00814379 - refused religious services
EC-00810656 - EMTC exhaust sally port 1 main
EC-00824778 - no AC
EC-00824780 - Capt Custane fear for safety OBCC
EC-00832528 - Assault OBCC July 4th
EC-00832530 - EC-00832798 - EC-00832564 - no meds/no liquid diet


EC-0081629  no Dental
EC- Kept in intake all day C.O. Covington assault day  00816380
EC-00816381  forced into bu RNDC heat sensitive
EC-00816384  forced out of P.C.
EC-00816624  no medical use force
EC- Kos 00816625  Kosher not kosher

EC-00816623  NYCDOC Actively allowing malevolent religious practice

EC-00816661 - Laundry room/AC/sallyport Exaust EMTC
EC-00826515  unknown (NYPR 250u)
EC-00838301 - Ensure med refusal/RNDC
EC-00833311  No food provided 7/12-8/16
EC-008832400 - medical minimal standards RNDC
EC-00839315- RNDC No Rec/EC-00841875/EC-00816642/00813824/EC-008337H  335/0
EC-00837384  OBCC Capt Bolanos clinic refusals/EC-00838028/EC-00832696
EC-00841877  RNDC not following menu
                  7/29/24
EC-00841877 - No Response to previous Grievances
EC-00845192 - 8/3/24 Fire/smoke inhalation/Five Door

To whom It May Concern:

I Michael Howell heard oficer ~~melto~~ Melville said something about another inmate HIV status bc# 349.230.3654 (he said "you have HIV" in front of me and other inmates in M4LN. On 8/5/24 # He said that to Joshua Gumora

X _Michael Howell_

X _Michael Howell_

PLACE: Rikers Island - OBCC

On July 4th, in the intake area clinic, I observed Captains Bolanos (Female) and Captain Ceaser (Male) Verbally abuse and threaten inmate Gumora B/C#3492401784 while he was seated on the floor with his hands behind his back. They said "your pussy, why don't you fight the inmates in your unit?" and "If you don't get up well sprace you" Once Inmate Gumora was out of earshot they said to themselves, "we need to get him fucked up today, lets send him back to the unit that hes stating hes afraid to be in, 3 south so we can send word to get him jumped."

X Derek Hamilton

X Derek ____

B/C#: 3492402161



**HEALTH + HOSPITALS**

| **PATIENT NAME**: JOSHUA GUMORA | **FACILITY**: RNDC |
|---|---|
| **NYSID**:  09619315R | **BOOKCASE#**: 3492401784 |

## DEPARTMENT OF CORRECTION COPY OF

## THERAPEUTIC DIET ORDER:

Full Liquid

### SPECIAL INSTRUCTIONS:

### FOOD PREFERENCE:

_Azad_
_Signature_

Ordering Provider: **Nazar Azad MD**
Print Name/Date/Time: **July  6, 2024 11:31 AM**
Printed By: **Azad MD, Nazar**

_____
DOC Signature/Shield Number

### If MO Housing Required:

_____
_Facility_

Dorm: _____    Cell: _____

_____
Date.

Joshua Gamorra 3492401784
1-11 Hazen St.
East Elmhurst, NY 11370

1007181380 0039

Southern District
Pro Se Intake Unit
500 Pearl St.
NY NY 10007

2024 AUG 19 AM 9:37
SDNY PRO SE OFFICE
RECEIVED

