```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA GUMORA,

                Plaintiff,

      -v-

COVINGTON, ET AL.,

                Defendants.

**ORDER**

24-CV-6550 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     Plaintiff, who currently is incarcerated at the Robert N. Davoren Center ("RNDC") on Rikers Island, is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights, arising out of events occurring at RNDC, the Eric M. Taylor Center, and the Otis Bantum Correctional Center. By order dated September 23, 2024, Judge Cronan: (1) requested that employees of the New York City Department of Correction ("DOC") who are named in Plaintiff's complaint waive service of summons; and (2) directed New York City Health + Hospitals to identify "Intake Physician Doe" and "Correctional Health Services Supervising Physician." ECF No. 8. The same day, Judge Cronan referred this matter to me for general pretrial matters. ECF No. 7.

     On October 22, 2024, the waiver of service of summons was returned to the court unexecuted for CO Tragueno because there were "[n]o matches with this name in agency." ECF No. 12. Thereafter, the Physician Affiliate Group of New York,

1

P.C. ("PAGNY") indicated that there is not enough information to identify Defendant "Correctional Health Services Supervising Physician."

## CONCLUSION

Within 30 days from the date of this order, Plaintiff is directed to provide by letter to the Court any additional information he may have that would help identify who these individuals are. If Plaintiff does not have any other information to provide, he may need to wait until this matter proceeds to discovery to ascertain the identities of these individuals.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: December 19, 2024
        New York, New York

Henry J. Ricardo
United States Magistrate Judge