USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA GUMORA,

                Plaintiff,

      -v-

COVINGTON, ET AL.,

               Defendants.

**ORDER**

24-CV-6550 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff, who currently is incarcerated at the Robert N. Davoren Center ("RNDC") on Rikers Island, is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights, arising out of events occurring at RNDC, the Eric M. Taylor Center, and the Otis Bantum Correctional Center.

I.     DISCUSSION

    A.     **Request Waiver of Service for Defendant CO Luz Trigueno**

By Letter dated January 7, 2025, Corporation Counsel for the City of New York provided information to identify "Defendant CO Tragueno" as Corrections Officer Luz Trigueno, Shield No. 5225. ECF No. 21 at 2.

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. Consistent with the Court's September 23, 2024 Order, ECF No. 8, the Court requests that Defendant CO Trigueno waive service of summons.

1

**B.     Unidentified Defendant "Warden Doe EMTC"**

Corporation Counsel also informed the Court that it had insufficient information to identify Defendant "Warden Doe EMTC." ECF No. 21 at 2–3. Specifically, counsel submits that the only allegations concerning "Warden Doe EMTC" in the Complaint are that the "grape juice served on Friday for shabbat is taken out of the bottles and placed into 4 oz paper cups by non-rabbinical workers working under the supervision of Warden EMTC John Doe #1." *Id.* (quoting ECF No. 1 at 7).

Plaintiff is directed to provide by letter to the Court any additional information he may have that would help identify "Warden Doe EMTC," including a first and/or last name, a specific date and location of the alleged events involving "Warden Doe EMTC," and/or a physical description of "Warden Doe EMTC." If Plaintiff does not have any other information to provide, he may need to wait until this matter proceeds to discovery to ascertain the identity of this individual.

## CONCLUSION

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendant Trigueno waive service of summons.

Within 30 days from the date of this order, Plaintiff is directed to provide by letter to the Court any additional information he may have that would help identify "Warden Doe EMTC."

The Clerk of Court is further directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: January 8, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge