UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA GUMORA,

                 Plaintiff,

-v-

COVINGTON, ET AL.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025

**ORDER**

24-CV-6550 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff, who currently is incarcerated at the Robert N. Davoren Center ("RNDC") on Rikers Island, is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights, arising out of events occurring at RNDC, the Eric M. Taylor Center, and the Otis Bantum Correctional Center.

On January 8, 2025, the Court directed Plaintiff to provide additional information to identify Defendant "Warden Doe EMTC." ECF No. 23. By Letter dated January 30, 2025, Plaintiff identified Defendant "Warden Doe EMTC" as Soloman Chester of RNDC. ECF No. 28 at 1.

## CONCLUSION

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendant Soloman Chester waive service of summons.

1

The Clerk of Court is further directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: February 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge