UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA JONATHAN JOSEPH
GUMORA,

Plaintiff,

-against-

COVINGTON, CORRECTIONS
OFFICER, SECURITY & MOVEMENT
SUPERVISOR RNDC RIKERS, ET AL,

Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2025

**ORDER**

24-CV-6550 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge:**

Plaintiff, who is incarcerated at the Robert N. Davoren Center ("RNDC") on Rikers Island, is proceeding *pro se* and *in forma pauperis*.  He filed this action under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights, in connection with events occurring at RNDC and other facilities on Rikers Island (the Eric M. Taylor Center, and the Otis Bantum Correctional Center).

Since the filing of the Complaint, the Court has received additional information in various filings regarding the claims brought and defendants named in this action:

- By Waiver of Service dated October 22, 2024, the City identified Defendants previously named as "Covington," "Harris," "Chester," "Blow," "Gustave," "Hilton," "Susanka," and "Ceaser"  as Corrections Officer Simod Covington, Deputy Warden Petchula Harris, Deputy Warden Solomon Chester, Captain Shirley Blowe, Captain George

Gustave, Captain Mercedes Hilton, Captain Viashanti Susankar, and Captain Kirk Cesar.  ECF No. 11.

- By Email, the City identified a Defendant named as "Intake Physician Doe" as Pauline Saintu, who was served on December 5, 2024.  ECF Nos. 13, 16.

- By Waiver of Service dated November 22, 2024, the City identified Defendants previously named as "Jean-Baptiste" and "Acosta" as Captain Peter Jean Baptiste and Corrections Officer Ruth Acosta. ECF No. 15.

- By Letter dated January 3, 2025, Plaintiff added new defendants and claims.  ECF No. 22.

- By Letter dated January 7, 2025, the City identified a Defendant previously named as "CO Tragueno" as Corrections Officer Luz Trigueno, Shield No. 5225.  ECF No. 21.

- By Letter dated January 30, 2025, Plaintiff identified a Defendant previously named as "Warden Doe EMTC" as Soloman Chester of RNDC.[1]  ECF No. 28.

The Court directs Plaintiff to file one amended complaint in which he: (1) names all Defendants he seeks to hold liable in connection with the events giving rise to this action; and (2) sets forth all of his claims.  The amended

---

[1] By order dated February 3, 2025, the Court asked that Defendant Chester waive service of summons.  ECF No. 29.

complaint should be filed by March 12, 2025 and will replace, not supplement, the original complaint. Once Plaintiff has filed an amended complaint, the Court will screen it and issue any necessary orders. An amended complaint form that Plaintiff should complete is attached to this order.

Accordingly, the deadline for Defendants to file their motion to dismiss the operative complaint is adjourned to March 26, 2025. Plaintiff's opposition, if any, is due April 23, 2025. Defendants' reply is due May 14, 2025.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

SO ORDERED.

Dated:  February 11, 2025
        New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:   ☐ Yes      ☐ No
                      (check one)

___ **Civ.** _____ (    )

**I.**    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
       confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
       as necessary.

Plaintiff's    Name_____
                   ID#_____
                   Current Institution_____
                   Address_____
                   _____

B.    List all defendants' names, positions, places of employment, and the address where each defendant
       may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
       above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1    Name _____ Shield #_____
                         Where Currently Employed _____
                         Address _____
                         _____

*Rev. 01/2010*                                    1

Defendant  No. 2    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant  No. 3    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

<div style="border:1px solid black; display:inline-block; padding:4px">**Who did what?**</div>

Defendant  No. 4    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant  No. 5    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____


## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.    In what institution did the events giving rise to your claim(s) occur?

_____

_____


B.    Where in the institution did the events giving rise to your claim(s) occur?

_____


C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____


D.    Facts:_____

<div style="border:1px solid black; display:inline-block; padding:4px">**What happened to you?**</div> _____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

          Yes _____    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        Yes _____     No _____     Do Not Know _____

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

        Yes _____     No _____     Do Not Know _____

        If YES, which claim(s)?
        _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

        Yes _____     No _____

        If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

        Yes _____     No _____

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance?
        _____

        1.      Which claim(s) in this complaint did you grieve?
        _____

        2.      What was the result, if any?
        _____

        3.      What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
        _____
        _____
        _____
        _____

F.      If you did not file a grievance:

        1.      If there are any reasons why you did not file a grievance, state them here:
        _____
        _____
        _____

_____
_____
_____

    2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*                          5

_____
_____
_____

**VI.     Previous lawsuits:**

<div style="border:1px solid">On these claims</div>

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case_____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.     What was the result of the case?  (For example:   Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

<div style="border:1px solid">On other claims</div>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____
_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case_____

5.     Approximate date of filing lawsuit _____

6.      Is the case still pending?  Yes _____   No _____
        If NO, give the approximate date of disposition_____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there
        judgment in your favor?  Was the case appealed?)  _____
        _____
        _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.


                        Signature of Plaintiff   _____

                        Inmate Number           _____

                        Institution Address     _____

                                                _____

                                                _____

                                                _____


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
        their inmate numbers and addresses.


I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.


                        Signature of Plaintiff:  _____