UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA GUMORA,

                Plaintiff,

      -v-

COVINGTON, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2025

**ORDER**

24-CV-6550 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By letter motion dated March 21, 2025, Defendants requested an extension of time to file their motion to dismiss, and of the corresponding briefing schedule. ECF No. 38. Defendants' extension request is GRANTED.

    Defendants' motion to dismiss shall be served and filed by April 9, 2025; Plaintiff's opposition, if any, is due May 7, 2025; and Defendants' reply, if any, is due May 28, 2025.

    If Plaintiff does not submit opposition papers by May 7, 2025, or request an extension of time to do so, the Court will address the motion to dismiss based on the Defendants' submissions alone.

    The Clerk of Court is respectfully directed to (1) close the Letter Motion at ECF No. 38 as GRANTED, and (2) mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: March 24, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge