UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA JONATHAN JOSEPH GUMORA,

        Plaintiff,

-against-

COVINGTON, CORRECTIONS OFFICER, SECURITY & MOVEMENT SUPERVISOR RNDC RIKERS, ET AL,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025

**ORDER**

24-CV-6550 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge:**

On April 1, 2025, the Court received notice that its March 11, 2025 Order, ECF No. 37, was unable to be delivered to Plaintiff. At the time of his last filing, Plaintiff was incarcerated at Robert N. Davoren Center in East Elmhurst, New York. *See* ECF No. 28. The Department of Corrections and Community Supervision Incarcerated Lookup indicates that Plaintiff was discharged. *See* https://nysdoccslookup.doccs.ny.gov (last visited Apr. 7, 2025).

It is ORDERED that by April 14, 2025, the New York City Law Department shall file a letter on the docket confirming Plaintiff's current custody status and providing the Court with any information it may have about Plaintiff's current location and contact information.

SO ORDERED.

Dated: April 7, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge