UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2025
```

JOSHUA JONATHAN JOSEPH GUMORA,

                        Plaintiff,

-against-

COVINGTON, CORRECTIONS OFFICER, SECURITY & MOVEMENT SUPERVISOR RNDC RIKERS, ET AL,

                        Defendants.

**ORDER**

24-CV-6550 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge:**

      Plaintiff Joshua Gumora initiated this action on August 19, 2024. ECF No. 1. At the time, Plaintiff was incarcerated at the Robert N. Davoren Center in East Elmhurst, NY. On August 30, 2024, the Court entered the Standing Order in Cases Filed by Pro Se Plaintiffs advising Plaintiff of his duty to keep the Court apprised of any new contact information and warning Plaintiff that if the Court received notice from the United States Postal Service that an order has been returned to the Court, the Court may issue an order to show cause why the case should not be dismissed for failure to comply with that Order. ECF No. 4.

      On April 1, 2025, the Court received notice that its March 11, 2025 Order was returned to the Court as undeliverable and unable to be forwarded. The Court utilized the Department of Corrections and Community Supervision Incarcerated Lookup, which indicated that Plaintiff had been discharged. *See* https://nysdoccslookup.doccs.ny.gov (last visited Apr. 7, 2025).

By Order dated April 7, 2025, the Court ordered the New York City Law Department to confirm Plaintiff's current custody status and provide any information it may have regarding Plaintiff's current location and contact information. ECF No. 40.

Also on April 7, 2025, Defendants filed a Letter Motion responding to the April 7, 2025 Order and requesting a stay of their deadline to serve and file their motion to dismiss. ECF No. 41. Defendants advised the Court that, on information and belief, Plaintiff was released from prison on March 27, 2025. *Id.* at 2. Defendants further advised the Court that Plaintiff has not contacted the New York City Law Department to update his address and as such, Defendants are unable to communicate with Plaintiff or serve him with any papers. *Id.*

## CONCLUSION

Plaintiff is ORDERED to provide an updated address for service by **April 29, 2025**. Plaintiff is warned that failure to provide an updated address for service by April 29, 2025, will result in an order to show cause why I should not recommend that this case be dismissed with prejudice for failure to comply with the August 30, 2024 Order, ECF No. 4, and for failure to prosecute.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 41 as GRANTED. The deadline for Defendants to file their motion to dismiss the operative complaint is stayed until 14 days after Plaintiff provides an updated address for service, or until further order by the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se litigant's last known address.

SO ORDERED.

Dated: April 8, 2025
      New York, New York

                                             Henry J. Ricardo
                                             United States Magistrate Judge